UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Habeas Corpus Petition<br>In re: RYAN STEPHEN SAMSEL,<br>an inmate of the Metropolitan Detention Center<br>Brooklyn, New York,<br>suffering untreated medical emergency<br><br>vs.<br><br>COLETTE S. PETERS, DIRECTOR,<br>FEDERAL BUREAU OF PRISONS<br><br>and<br><br>Warden, METROPOLITAN DETENTION<br>CENTER – BROOKLYN,<br><br>and<br><br>RONALD L. DAVIS, DIRECTOR<br>U.S. MARSHALL'S SERVICE<br><br>and<br><br>THOMAS N. FAUST, DIRECTOR,<br>ATTN Andrew Mazzuchelli Dep. General Counsel<br>DEPARTMENT OF CORRECTIONS<br>  OF THE DISTRICT OF COLUMBIA<br><br>and<br><br>MERRICK GARLAND,<br>ATTORNEY GENERAL, *HEAD OF THE*<br>U.S. DEPARTMENT OF JUSTICE<br><br>with<br><br>*Further Service upon the UNITED STATES OF AMERICA,* through BREON PEACE, Esq.<br>U.S. ATTORNEY FOR THE EASTERN<br>DISTRICT OF NEW YORK | Civil Action No.<br><br>1:24-cv-05026-RPK-PK<br><br><br>and<br><br><br>Civil Action No.<br><br>1:24-cv-05027-RPK-PK<br><br><br><br>**ERRATA AND/OR<br>MOTIONS TO AMEND<br>PETITION FOR WRIT OF<br>MANDAMUS AND<br>PETITION FOR HABEAS<br>CORPUS RELIEF** |

1

## MOTIONS TO AMEND PETITIONS OR ERRATA

The Petitioner Ryan Samsel hereby moves the Court as follows:

1) In trying to direct family, Attorney in Fact, and supporters to complete his filings with directions by phone and mail, an older version of his Petition for Mandamus got filed than intended, the effect of which is that his request for Mandamus "K" on page 17 should have been deleted. Although I am from the Philadelphia area and my Attorney in Fact (POA) is in that area and I did see doctors in the Philadelphia area, the Federal Detention Center of Philadelphia was exceedingly uncooperative. Moreover, apparently out of political hostility, I was severely and repeatedly beaten by prison staff there and otherwise tortured such as being strapped to a restraint chair out of shape with a body's normal position for 24 hours and subjected to similar unconstitutional (non-imprisonment) abuse. This has been documented, covered in news reports, and widely noticed. Therefore, although there would be benefits to pursuing medical treatment in the Philadelphia area, on the other hand I do not trust that the FDC-Philadelphia will cooperate in good faith with the medical professionals I need treatment from.

2) My medical records which I have attached on the public record (intentionally, because the Bureau of Prisons keeps "losing" my medical records during each of my 19 different moves among facilities which then prevents me from getting medical care) include a reference to a claim that I cancelled surgery in Pennsylvania. ***THIS IS FALSE***. This is one of the complaints I have consistently highlighted since then. Dr. Edlinger called and cancelled my surgery. I was not aware of this. I was not consulted. I did not agree. I was not involved in any such discussion.

Dr. Edlinger first took the extraordinary step of sending a letter directly to the judge in my criminal case Judge Cobb in the U.S. District Court for the District of Columbia, outside of any involvement of either the prosecutor or my criminal defense counsel, on his own initiative, warning that my condition was life-threatening and I required immediate surgery urgently. Then when Judge Cobb called a hearing, Dr. Edlinger flipped his position and told Judge Cobb the opposite in court. The only thing that Stanley Woodward, my criminal defense attorney, has done for me on the topic of my health was to casually inquire of Dr. Edlinger why he changed his position. Dr. Edlinger answered that he had reviewed the records more fully. Stanley asked "So you have medical records for Ryan Samsel? Where are they?" (This was before we went to extraordinary effort to reconstruct the records from many sources.) Dr. Edlinger paused and answered – all under oath on the witness stand "No – I do not have any medical records for Ryan Samsel."

Obviously, Stanley followed up with how Dr. Edlinger looked into my medical records more fully if he did not have any medical records.

Dr. Edlinger then disclosed under oath in open court that the FBI had visited him and pressured him to change his medical opinion.

Then Judge Cobb, obviously very disturbed, warned Dr. Edlinger that he needed to obtain his own lawyer, hinting that his actions may create legal liability. She asked the prosecutor about this who professed not to know anything about this. The prosecutor promised to check into it, which of course never happened, as it never does.

      I am aware that the FBI and prosecutors probably believe that if they torture me long enough and hard enough I will testify against others, which I cannot do because what they want me to say is not true and I have no knowledge of what they are trying to squeeze me into saying.

      Therefore, I move the court for leave to amend my Petitions to clarify that Dr. Edlinger cancelled my surgery in Pennsylvania and then lied and said that I cancelled it. I did not.

Dated: July 31, 2024                  Respectfully submitted,

                                             *[signature: Ryan Samsel]*
                                             Ryan Samsel, *Pro Se*
                                             Signed by direction
                                             Inmate # 28332-509 Metropolitan
                                             Detention Center – Brooklyn
                                             80 (space) 29th Street,
                                             Brooklyn, New York 11232
                                             Ryan.Samsel@hotmail.com
                                             Telephone: (518) 510 8895

### Certificate of Service

      A copy of this motion has been mailed to all Respondents by first-class U.S. mail, postage prepaid.

                                             *[signature: Ryan Samsel]*
                                             Ryan Samsel, *Pro Se*
                                             Signed by direction

Eastern District of New York
Clerk of Courts
225 Cadman Plaza E,
Brooklyn, NY 11201

