UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

In re: RYAN STEPHEN SAMSEL,
an inmate of the Metropolitan Detention Center
Brooklyn, New York,
suffering untreated medical emergency

vs.

COLETTE S. PETERS, DIRECTOR,
FEDERAL BUREAU OF PRISONS
Federal Bureau of Prisons
320 First St., NW
Washington, DC 20534
Switchboard Phone: (202) 307-3198
Serve: General Counsel James Wills

and

Warden, METROPOLITAN DETENTION
CENTER -- BROOKLYN,
FEDERAL BUREAU OF PRISONS
80 29th Street (Kings County)
Brooklyn, New York 11232
Switchboard: (718) 840-4200

and

RONALD L. DAVIS, DIRECTOR
U.S. MARSHALL'S SERVICE
1215 S. Clark Street
Arlington, Virginia 22202
Switchboard Phone: (202) 307-9100
Serve: General Counsel Lisa Dickinson

and

THOMAS N. FAUST, DIRECTOR,
ATTN Andrew Mazzuchelli Dep. General Counsel
DEPARTMENT OF CORRECTIONS
   OF THE DISTRICT OF COLUMBIA
3924 Minnesota Avenue, N.E. – 2nd Floor

Civil Action No.

1:24-cv-05027-RPK-PK

**Certificate of Service**

PETITION FOR WRIT OF
MANDAMUS

FOR URGENT MEDICAL
CARE

1

Washington, D.C. 20019
Office:  (202) 698-4932 / (202) 671-2064

and

MERRICK GARLAND,
ATTORNEY GENERAL
*AS HEAD OF THE*
U.S. DEPARTMENT OF JUSTICE
*and of all Bureau of Prisons functions nation-wide*
950 Pennsylvania Avenue NW
Washington DC 20530
Switchboard Phone: (202) 514-2000

with

*Further Service upon the UNITED STATES OF AMERICA*, through BREON PEACE, Esq.
U.S. ATTORNEY FOR THE EASTERN DISTRICT OF NEW YORK
ATTN:  CIVIL DIVISION
271 Cadman Plaza East
Brooklyn NY 11201
Switchboard:  718-254-7000

## **CERTIFICATE OF SERVICE OF SUMMONS AND HABEAS CORPUS PETITION UPON RESPONDENTS**

Pursuant to Federal Rules of Civil Procedure Rule 4(i)(1) and (2), the Petitioner Ryan Samsel has caused through his Attorney-in-Fact under his Power of Attorney Rachael Genco of Levittown, Pennsylvania, the service of copies of (1) the summons issued by the Clerk, (2) the Civil Filing Cover Sheet, (3) the Petition in this case, and attachments largely consisting of his medical records – which he intentionally desires to be on file with the court and even public to prevent repeats of the games played by the Bureau of Prisons to evade allowing him to access medical care -- on all of the Respondents / Defendants and upon the United States pursuant to Rule 4(i) through the U.S. Attorney for the Eastern District of New York.

It should be noted that Rule 4(i) regarding service upon a U.S. Government agency by certified mail through the U.S. Postal Service is permitted and provided, presumably for the benefit to the U.S. Government of not having private process servers roaming the halls of U.S. Government official buildings to serve officers of the U.S. Government by providing a more orderly process. Thus there is a mutual benefit to security of official buildings as well as accessibility to litigants.

Accordingly, all of the Defendants have been served as of this July 30, 2024, by U.S. Priority Mail service category, certified with verification of receipt, postage prepaid. The U.S. Attorney for the Eastern District has been provided an additional copy for service upon the United States of America by the same method.

Dated: July 30, 2024

Respectfully submitted,

RYAN SAMSEL

Ryan Samsel, *Pro Se*
Signed by direction
Inmate # 28332-509 Metropolitan Detention Center – Brooklyn
80 (space) 29th Street,
Brooklyn, New York 11232
Ryan.Samsel@hotmail.com
Telephone: (518) 510 8895

I swear that the foregoing facts and circumstances of service by the U.S. mail are true and correct to the best of my knowledge, information, and belief as clerical assistance to the incarcerated inmate.

Jonathon A. Moseley

(703) 656-1230
Contact@JonMoseley.com

3

Ryan Samsel
109 Junewood Drive
Levittown, Pennsylvania 19055



TAMPA FL 335
SAINT PETERSBURG FL
10 AUG 2024  PM 4  L

Clerk of Court
Civil Intake
U.S. DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, NY 11201

USMS

11201-181809