UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RYAN SAMSEL,

                                        Petitioner,                    Civil Action No. 24-cv-05026

        -against-                                                      (Kovner, J.)

COLETTE S. PETERS, Director of Federal Bureau of
Prisons, WARDEN, Metropolitan Detention Center –
Brooklyn, Federal Bureau of Prisons, RONALD L. DAVIS,
Director U.S. Marshalls Service, THOMAS N. FAUST,
Director Department of Corrections of the District of
Columbia, and MERRICK GARLAND, Attorney General
as Head of the U.S. Department of Justice,

                                        Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF NICOLE T. LEWIS
### LEGAL ASSISTANT
### FEDERAL BUREAU OF PRISONS

I, Nicole T. Lewis, hereby make the following declaration pursuant to 28 U.S.C. § 1746:

1.      I am employed by the U.S. Department of Justice, Federal Bureau of Prisons

("BOP"), as a Legal Assistant in the Legal Department of the Metropolitan Detention Center

("MDC") located in Brooklyn, New York. I have access to various records maintained in the

ordinary course of business at the MDC, including but not limited to SENTRY, the BOP's

computerized inmate management program, which contains, among other things, BOP's files

relating to related to Ryan Stephen Samsel, Inmate No. 28332-509 ("Petitioner").

2.      I submit this declaration in support of Respondents' response to the above-

captioned Petition for Writ of Habeas Corpus ("Petition") based on my personal knowledge,

information contained in SENTRY, and any information obtained from other federal agencies, as

discussed below. I am aware inmate Petitioner filed the Petition.

3. Petitioner is a pre-sentenced inmate who has been incarcerated most recently at MDC since February 27, 2024. A true and correct copy of the Inmate History is attached as ***Exhibit 1***.

4. Petitioner was arrested for federal assault and obstruction offenses in connection with the January 6, 2021, attack on the Capitol grounds. A true and accurate copy of the District of Columbia Criminal Complaint is attached as ***Exhibit 2***. On February 2, 2024, Petitioner was found guilty on eight of the thirteen offenses. A true and accurate copy of the Verdict Form is attached as ***Exhibit 3***.

5. The BOP has established a multi-tiered system, known as the Administrative Remedy Program, by which a federal inmate may seek review of an issue relating to any aspect of his or her confinement except claims for which other administrative procedures have been established (including tort claims, Inmate Accident Compensation claims, and Freedom of Information Act claims). *See* 28 C.F.R. §§ 542.10 to 542.19.

6. Prior to initiating the multi-tiered system, an inmate must first present his or her issue informally to staff. *See* 28 C.F.R. § 542.13. If informal resolution is unsuccessful, an inmate may initiate the formal administrative remedy process by submitting a Request for Administrative Remedy ("BP-9") to the Warden of his or her facility within 20 calendar days following the date on which the basis for the Request occurred. *See* 28 C.F.R. § 542.14. The Warden has twenty days to respond, with an extension of another 20 days if necessary. *See* 28 C.F.R. § 542.18.

7. An inmate who is dissatisfied with the Warden's response may submit an appeal to the Regional Director on the appropriate form ("BP-10") within 20 calendar days of the date the Warden signed the response. *See* 28 C.F.R. § 542.15. The appeal must be accompanied by one

complete copy or duplicate original of the institution request and response. *See id.* The Regional Director has 30 days to respond, with an extension of another 30 days if necessary. *See* 28 C.F.R. § 542.18.

8.      In the event the inmate is dissatisfied with the Regional Director's response, the inmate may proceed to the next and final level by filing a Central Office Administrative Remedy Appeal ("BP-11") with the BOP's Office of General Counsel within 30 calendar days of the date the Regional Director signed the response. *See* 28 C.F.R. § 542.15. The appeal must be accompanied by a complete copy or duplicate original of both the institution request and response and the regional appeal and response. *See id.* The BOP's Office of General Counsel has 40 days to respond to an appeal, with a 20-day extension if necessary. *See* 28 C.F.R. § 542.18.

9.      If an inmate does not receive a response within the time allotted for reply, including extension, the inmate may consider the absence of a response to be a denial and proceed to the next level in the process. 28 C.F.R. § 542.18. No administrative remedy appeal is considered finally exhausted until it is considered by BOP's Central Office. 28 C.F.R. § 542.15(a).

10.      One function of SENTRY is that it contains a complete history of administrative remedy filings made by federal inmates at any BOP facility. Administrative remedy submissions are identified first by a case number; then by an alphabetic designation showing whether the remedy was received by the local institution (denoted by a letter "F"), Regional Office (denoted by a letter "R"), or Office of General Counsel (denoted by the letter "A"); and then a number showing how many times a particular request had been received at that level. BOP does not keep copies of rejected submissions, but the submission is reflected in SENTRY.

11.      I reviewed the SENTRY administrative remedy records pertaining to Petitioner. SENTRY indicates that on September 13, 2022, the BOP received Petitioner's BP-9 regarding

"MEDICAL CAR – DELAY/ACCESS TO IMPROPER/INADEQUATE to which the Warden at Federal Detention Center Philadelphia responded on September 15, 2022. SENTRY indicates that Petitioner did not follow up on the Warden's response by filing a BP-10 or otherwise continuing the Administrative Remedy Program process regarding the allegations raised in the Petition. A true and accurate copy of the Petitioner's SENTRY administrative remedy record is attached hereto as *Exhibit 4*.

I declare the foregoing is true and correct to the best of my knowledge and belief and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this day on August 19, 2024.

Nicole T. Lewis

**EXHIBIT 1**

```
BRORX  531.01 *              INMATE HISTORY          *      08-02-2024
PAGE 001      *                QUARTERS             *      12:54:56


 REG NO..: 28332-509 NAME....: SAMSEL, RYAN STEPHEN
 CATEGORY: QTR        FUNCTION: PRT       FORMAT:


FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
BRO    K05-815L   HOUSE K/RANGE 05/BED 815L     07-18-2024 1715 CURRENT
BRO    K05-823L   HOUSE K/RANGE 05/BED 823L     07-07-2024 1232 07-18-2024 1715
BRO    K05-815L   HOUSE K/RANGE 05/BED 815L     06-20-2024 1649 07-07-2024 1232
BRO    K05-815L   HOUSE K/RANGE 05/BED 815L     05-16-2024 1411 06-20-2024 1648
BRO    K05-816L   HOUSE K/RANGE 05/BED 816L     05-13-2024 1450 05-16-2024 1411
BRO    J01-706U   HOUSE J/RANGE 01/BED 706U     05-13-2024 1343 05-13-2024 1450
BRO    Z03-110LAD HOUSE Z/RANGE 03/BED 110L AD  05-13-2024 1114 05-13-2024 1343
BRO    Z03-114LAD HOUSE Z/RANGE 03/BED 114L AD  04-25-2024 1959 05-13-2024 1114
BRO    J02-707L   HOUSE J/RANGE 02/BED 707L     03-27-2024 1022 04-25-2024 1959
BRO    J01-727U   HOUSE J/RANGE 01/BED 727U     03-05-2024 1449 03-27-2024 1022
BRO    G01-421U   HOUSE G/RANGE 01/BED 421U     03-05-2024 1105 03-05-2024 1449
BRO    G01-404U   HOUSE G/RANGE 01/BED 404U     02-27-2024 1235 03-05-2024 1105
BRO    R02-001L   HOUSE R/RANGE 02/BED 001L     02-27-2024 1050 02-27-2024 1235
LEW    A03-304L   HOUSE A/RANGE 03/BED 304L     02-20-2024 1843 02-27-2024 0534
LEW    R01-001L   HOUSE R/RANGE 01/BED 001L     02-20-2024 1500 02-20-2024 1843
BRO    H04-528L   HOUSE H/RANGE 04/BED 528L     09-20-2023 1938 09-21-2023 0843
BRO    H03-503U   HOUSE H/RANGE 03/BED 503U     09-20-2023 1930 09-20-2023 1938
BRO    Z04-121UAD HOUSE Z/RANGE 04/BED 121U AD  09-18-2023 1528 09-20-2023 1930
BRO    Z04-121LAD HOUSE Z/RANGE 04/BED 121L AD  09-08-2023 0739 09-18-2023 1528
BRO    Z04-126UAD HOUSE Z/RANGE 04/BED 126U AD  09-05-2023 1919 09-08-2023 0739
BRO    Z04-125UAD HOUSE Z/RANGE 04/BED 125U AD  09-05-2023 1225 09-05-2023 1919
BRO    Z04-126UAD HOUSE Z/RANGE 04/BED 126U AD  08-23-2023 1307 09-05-2023 1225
BRO    Z04-109UAD HOUSE Z/RANGE 04/BED 109U AD  08-16-2023 1939 08-23-2023 1307
BRO    H01-511L   HOUSE H/RANGE 01/BED 511L     05-25-2023 1510 08-16-2023 1939
BRO    H02-515U   HOUSE H/RANGE 02/BED 515U     05-01-2023 1258 05-25-2023 1510
BRO    G01-416U   HOUSE G/RANGE 01/BED 416U     04-26-2023 0141 05-01-2023 1258
BRO    R02-001L   HOUSE R/RANGE 02/BED 001L     04-25-2023 2229 04-26-2023 0141
LEW    Z03-220UAD HOUSE Z/RANGE 03/BED 220U AD  04-22-2023 0851 04-25-2023 1819
LEW    Z03-219UAD HOUSE Z/RANGE 03/BED 219U AD  04-01-2023 0915 04-22-2023 0851
LEW    Z03-218UAD HOUSE Z/RANGE 03/BED 218U AD  03-11-2023 0945 04-01-2023 0915
LEW    Z03-217UAD HOUSE Z/RANGE 03/BED 217U AD  03-01-2023 1405 03-11-2023 0945
LEW    C02-221U   HOUSE C/RANGE 02/BED 221U     12-22-2022 1055 03-01-2023 1405
LEW    C02-221U   HOUSE C/RANGE 02/BED 221U     11-18-2022 1201 12-22-2022 0823
LEW    C02-221U   HOUSE C/RANGE 02/BED 221U     11-08-2022 2106 11-18-2022 0812
LEW    C02-213U   HOUSE C/RANGE 02/BED 213U     10-17-2022 1332 11-08-2022 2106
LEW    C02-218L   HOUSE C/RANGE 02/BED 218L     09-22-2022 0809 10-17-2022 1332
LEW    G02-221L   HOUSE G/RANGE 02/BED 221L     09-19-2022 1701 09-22-2022 0809
LEW    R01-001L   HOUSE R/RANGE 01/BED 001L     09-19-2022 1515 09-19-2022 1701
PHL    Z01-829UAD HOUSE Z/RANGE 01/BED 829U AD  08-31-2022 1553 09-19-2022 0929
PHL    Z01-827UAD HOUSE Z/RANGE 01/BED 827U AD  08-14-2022 1156 08-31-2022 1553
PHL    Z01-829UAD HOUSE Z/RANGE 01/BED 829U AD  08-08-2022 1251 08-14-2022 1156



G0002       MORE PAGES TO FOLLOW . . .
```

Case 1:24-cv-05026-RPK   Document 10   Filed 08/20/24   Page 7 of 25 PageID #: 236

```
 REG NO..: 28332-509 NAME....: SAMSEL, RYAN STEPHEN
 CATEGORY: QTR        FUNCTION: PRT      FORMAT:


FCL    ASSIGNMENT DESCRIPTION                       START DATE/TIME STOP  DATE/TIME
PHL    Z01-829UAD HOUSE Z/RANGE 01/BED 829U AD      08-02-2022 1424 08-08-2022 0939
PHL    Z01-829UAD HOUSE Z/RANGE 01/BED 829U AD      07-20-2022 1006 08-02-2022 1157
PHL    Z01-828LAD HOUSE Z/RANGE 01/BED 828L AD      07-18-2022 1000 07-20-2022 1006
PHL    Z01-803UAD HOUSE Z/RANGE 01/BED 803U AD      07-02-2022 0759 07-18-2022 1000
PHL    Z01-804UAD HOUSE Z/RANGE 01/BED 804U AD      06-28-2022 1306 07-02-2022 0759
PHL    Z01-804UAD HOUSE Z/RANGE 01/BED 804U AD      06-28-2022 0956 06-28-2022 0958
PHL    Z01-804UAD HOUSE Z/RANGE 01/BED 804U AD      06-13-2022 0850 06-28-2022 0950
PHL    Z01-800LAD HOUSE Z/RANGE 01/BED 800L AD      06-13-2022 0841 06-13-2022 0850
PHL    Z01-803LAD HOUSE Z/RANGE 01/BED 803L AD      05-24-2022 1721 06-13-2022 0841
PHL    C01-329L   HOUSE C/RANGE 01/BED 329L         05-23-2022 1932 05-24-2022 1721
PHL    R01-001L   HOUSE R/RANGE 01/BED 001L         05-23-2022 1822 05-23-2022 1932
PHL    R01-001L   HOUSE R/RANGE 01/BED 001L         05-23-2022 1811 05-23-2022 1820
LEW    C03-319U   HOUSE C/RANGE 03/BED 319U         03-29-2022 1152 05-23-2022 0847
LEW    B01-122L   HOUSE B/RANGE 01/BED 122L         03-19-2022 1118 03-29-2022 1152
LEW    B01-117L   HOUSE B/RANGE 01/BED 117L         03-19-2022 1116 03-19-2022 1118
LEW    B01-122L   HOUSE B/RANGE 01/BED 122L         03-14-2022 1726 03-19-2022 1116
LEW    R01-001L   HOUSE R/RANGE 01/BED 001L         03-14-2022 1455 03-14-2022 1726
PHL    C02-350L   HOUSE C/RANGE 02/BED 350L         03-03-2022 1507 03-14-2022 0741
PHL    C01-306L   HOUSE C/RANGE 01/BED 306L         03-01-2022 1744 03-03-2022 1507
PHL    R01-001L   HOUSE R/RANGE 01/BED 001L         03-01-2022 1247 03-01-2022 1744
PHL    C01-328L   HOUSE C/RANGE 01/BED 328L         01-30-2021 1339 02-17-2021 0915
PHL    R01-001L   HOUSE R/RANGE 01/BED 001L         01-30-2021 1243 01-30-2021 1339




 G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

**EXHIBIT 2**

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:21-mj-00188 |
| | ) | Assigned to: Judge Faruqui, Zia M |
| | ) | Assign Date: 1/29/2021 |
| RYAN SAMSEL | ) | Description: COMPLAINT W/ARREST WARRANT |
| DOB: ■ | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111; | Forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal agent while they are engaged in their official duties; |
| 18 U.S.C. 231(a)(3); | Committed or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties; |
| 18 U.S.C. § 1512(c)(2) | Obstructed, influenced, or impeded any official proceeding, or attempt to do so |

This criminal complaint is based on these facts:

### SEE ATTACHED STATEMENT OF OFFENSE

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stewart Curcio, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 29th day of January 2021.

Date: _____01/29/2021_____

2021.01.29
18:50:07 -05'00'
*Judge's signature*

City and state: _____Washington, D.C._____         U.S. Magistrate Judge Zia Faruqui
*Printed name and title*

# STATEMENT OF FACTS

our affia t            C  C   is a  cial a  t   it t         ral  ur au of
sti atio  curr tl assi    to t  as i  to  il ffic    i  as i to  D C a
o t  iol t Crim s  as   orc  m  utis as a s  cial a  t  a  i sti at  a ari t
of iol t crim s i clu    i  a  i s carac i   fu iti cas s a  ot r crim s of iol c
i  iol  i   al  a o s  Curr tl  am a  tas     it i  sti ati  crimi al acti it i a
arou  t  Ca itol  rou  s o  a uar        s a  cial  t for t       am aut ori
b  la  or b a  orm ta  c to  a i or su ris t  r tio  t tio
i  sti atio  or ros cutio of a iolatio of   ral crimi al la  s

Ca itol is s cur      ours a  a  b   Ca itol olic   strictio s arou  t
Ca itol i clu   rma  ta  t m orar  s curit barri rs a  osts ma    b   Ca itol
olic   l aut ori   o l ita ro riat i tificatio  r allo  acc ss i si t
Ca itol  a  uar   t  t rior la a of t   Ca itol  as also clos  to m mb rs of
t  ublic

a uar   a o i ts ssio of t  it  tat s Co r ss co   at t  it
tat s Ca itol  ic is locat   at  irst tr t  i  as i to  D C Duri t  oi ts ssio
l ct m mb rs of t  it  tat s  ous of  r s tati a s a  it  tat s  at  r
m ti i s arat c amb rs of t  it  tat s Ca itol to c rtif t  ot cou t of t  l ctoral
Coll  of t    r si tial l ctio  ic  a ta  lac o  o mb r 1  oi t
s ssio b  a ata ro imat l  m  ort l r aft r a ro imat l   m t
ous a  a ta  our to s arat c amb rs to r sol  a articular ob ctio  ic  r si t
i   c a s r s a  r si i  first it  oi ts ssio a t it  at c amb r

st  roc i s co tiu i  bot t  ous a t   at a  it  ic r si t
c  r s ta  r si i  o t   at a lar  cro  at r  outsi t   Ca itol s
ot  abo t m orar  a  rma t barrica s  r i  lac arou  t  t rior of t
Ca itol buil i a   Ca itol olic  r  r s ta  att m ti to  t  cro  a  a
from t  Ca itol buil i a t  roc  i s u  r ai si

t suc tim t  c rtificatio  roc  i s  r still u  r a a t  t rior oors a
i  o s of t   Ca itol  r loc  or ot  r is s cur   mb rs of t   Ca itol olic
att m t  to mai tai or  ra  t cro  from  t ri t  Ca itol  o  r s ortl arou
m i i iuals i t  cro  forc  tr i to t   Ca itol i clu i  b  b ra i
i  o s a  b  assaulti  m mb rs of t   Ca itol olic  as ot rs i t  cro  coura
a  assist  t os acts

ortl t r aft r  at a ro imat l   m m mb rs of t  it  tat s  ous of
r s tati a s a  it  tat s  at i clu i t  r si  of t   at  ic r si t
c  r i  struct to—a  i — acuat t  c amb rs  ccor i l t  oi ts ssio of t
it  tat s Co r ss  as  ff cti l  sus   u til s ortl  aft r  m  ic r si t
c  r mai  i t  it  tat s Ca itol from t  tim     as  acuat  from t    at
C  amb r u til t s ssio s r sum

Duri    atio al   s  co  ra  of  t  aform  tio        ts  i o  foota      ic
a     ar  to  b  ca  tur  o  mobil     ic s of  rso  s r s to  t  sc         ict     i  c  of
iolatio s of local  a   f   ral la   i clu i  scor s of i i i uals i si   t        Ca  itol buil i
it out aut orit  to b  t  r

## BACKGROUND

### *Ryan Stephen Samsel (DOB ▮▮▮/1983)*

our affia t  as obtai    multi l  i os of   at occurr  o  a  uar   t at    ict a
i i i ual i  tifi   as **RYAN STEPHEN SAMSEL (DOB ▮▮▮/1983)** assaulti  a
Ca  itol  olic  ffic r a    a  i   isru ti  or isor rl co  uct   i o foota  o  st at
at a  ro imat l       m o a  uar      as  r  ratio s for t  roc  i s  scrib
abo    r  u  r  ai t  ous a t  at a  ar  cro  at r  to t   st of t
Ca  itol arou   t    ac  o  um t locat  i t     s la  ia   u   a st rt
rou   about  that was commonly referred to as "Peace Circle" by U.S. Capitol Police Officers.



*Figure 1. Aerial Imagery of U.S. Capitol Grounds.*

cro  t  mo    sout  ast to t  t r s ol of t  si   al t at co  cts  ac Circl
to the U.S. Capitol Building, commonly referred to as the "Pennsylvania Ave Walkway" by U.S.
Ca  itol  olic  ffic rs    tal barrica  s a  b   ut i  lac  b      Ca  itol  olic  ffic rs

m tal barrica   s  r it       to      t    ublic a  a  from  t   Capitol buili   a
Co  r ssio al roc  i  su  r a i si

t  a  ro imat l      m **SAMSEL** as obs r    al i    ast t  f  c li    it o
ot r i i ual  s  iur  b lo      t  o a  roac  a s co  li  of barrica s  t a t  r
ma     b  u iform    Ca itol olic  fic rs   s  co  li  of barrica  s  r co struct
of m tal bi  rac  barri rs     sicall li    to   a  r i forc  it ar color    lastic
m  s  saf t  f  ci  affi   b i t m tal bi  rac s   f  c li    as cl arl  mar   it
large white "AREA CLOSED" signs affixed to the fencing with bold red lettering   s   i ur
b lo



*Figure 2. **SAMSEL** (boxed in red) Leading Crowd to Barricades Blocking Access to Pennsylvania Walkway.*



*Figure 3*

o  a  roac  i t  barrica  ma   b    Ca itol olic   fic rs **SAMSEL** imm iat l
b  cam  co  fro tatio al  it a    Ca itol olic   fic r  it a  a  r ssi   ostur   s  i ur
b lo



*Figure 4. **SAMSEL** Confronting Uniformed U.S. Capitol Police Officers.*

**SAMSEL** a  ot rs i t  cro  us  a  ull  o t barrica s **SAMSEL**  tuall  r mo   is li t blu ac t r ali a lo  sl   it  oo  s irt u  r a blac  s irt a  tur  is at arou  bac  ar s i a ma  r t at a   ars as if **SAMSEL**  as  r ari  for a  sical alt rcatio     i ur s   b lo



*Figure 5. **SAMSEL** Pushing & Pulling on Barricades*    *Figure 6. **SAMSEL** Removing Jacket*






*Figure 7*        *Figure 8. Turning Hat*    *Figure 9-10. Pushing & Pulling Barricades*

ft r r moi  is ac t **SAMSEL** us a  ull t barrica  su tilt  cro  succ ssfull  us  t  barrica  s o  o to ft  offic rs  t  roc ss of us i t  barrica  s to t  rou  **SAMSEL** a ot rs oc  o r  Ca itol  olic  ffic r  ri aft r ffic r 1 "O  ") as the crowd lifted the barricades up and pushed toward the Ca itol causi    's head to hit  t stairs b i   r r sulti  i a loss of co scious ss **SAMSEL** ic  u off t  rou  a  accor i  to  sai  "We don't have to hurt you, why are you standing in our way?"  *See*  i ur s  a  b lo  Ca itol  olic  ffic rs imm iat l too a s mi co scious  a a from **SAMSEL** a tol  r t o o ar t  st rrac of t  Ca itol  uil i to  r rou  it a atio al  ffic rs for  r saf t  ours lat r il arr sti a riot r  blac  out a  colla s it boo i ara a  a to b tra s ort  to t  m r c oom at a local  os ital  r s  as ass ss  to a  suff r  a co cussio





*Figure 11. Officer O-1 on Stairs after Being Knocked Down*

*Figure 12. **SAMSEL** and Officer O-1*

ft r  Ca itol  olic  ffic rs  r abl to r form t  olic li aft r t i itial sur b  **SAMSEL** a ot rs at r sult i t  barrica s b i  br ac a  a  bi i ur t  cro  a i co fro t  Ca itol  olic  ffic rs o t  st rrac of t  Ca itol  buil i  om ts lat r **SAMSEL** ca b s a a ci furt ri to t  Ca itol rou s  ic r mai clos to t  ublic il amo ot rs i t cro att st rrac  **SAMSEL** att m t to ull a riot s il from a u iform  Ca itol  olic  ffic rs  i ur s  b lo








*Figure 13. **SAMSEL** Advancing*

*Figure 14. **SAMSEL** Confronting Police*

*Figure 15. **SAMSEL** pulling on Riot Shield*

ft r it r i   i     a  obtai i  i osa   ictio s oft i i iuali tifi abo
as **SAMSEL**, t    ra s  ral la   forc m t atabas s arc s   s s arc sr  al a
ossibl matc  for t  i i i ual  ict  i t  i osa  ima s as **RYAN SAMSEL**  D
███████        our affia tr a  crimi al istor  c c of **SAMSEL** a  isco r t  at  is o
arol i    s l a ia a  t at  is curr tl  a t i i rsi     rs  o a o
tra itabl  arra t from   arisi  out of a all    assault   our affiant reviewed a driver's
lic s   oto r a  of **SAMSEL** a  is a  ara c is co sist t it t i i iuali t
scr  s ots abo

a  uar       our ffia t s o  to a  arol   t i t  tlli c  it oft
s l a ia arol oar D artm t of Corr ctio s    arol  ti icat t at **SAMSEL**
ro i  is umb r as ███████    a  t at  a ro i  ar s i tial ar ss i  ristol
stati t at li  it is u t a   cl  our affia t co uct o  sourc atabas
c c sa  fou a f mal a  mal to b associat   it t r si c

u s a  uar   a  ral a istrat u  i t  District of Columbia issu  a
s arc  arra t for c llular  o  ata for t      o  umb r i tifi abo     ata
ro i  b t  c llular t l  o  ro i rr al t at t us of t  c llular  o  a tra l
from  itto    to t  ici it of t  District of Columbia a t  bac to t  ila l ia
ar a o  a uar     subscrib r for t c llular  o  as list  as a i i iual it
t  sam last am as rso s associat  it t r si tial a r ss i  ristol   t at **SAMSEL**
had provided to his parole agent, and the subscriber's address was listed as that same address
accou t ff cti  at  as arc    a  t acti atio  at  as  t mb r

as  o t  for oi   our affia t submits t at t r is robabl  caus to b li   t at
**SAMSEL**  iolat    C   ic  ma  s it a crim to forcibl assault r sists o  os
im   i timi at or it r f r  it a f  ral a  t  il t  ar  a  i t ir official  uti s
a  s arat l  ro i s for  a c  alt is   bo il i ur is i flict

our affia t submits t r is also robabl  caus to b li   t at **SAMSEL**  iolat
C     a    ic  ma  s it u la  ful to commit or att m t to commit a  act to obstruct
im   or it r f r  it a  fir ma  or la   forc m t officr la full   a  i t  la ful
rforma c  of is official  uti s i ci  t to a   uri t  commissio  of a ci il isor r  ic
i a  a or   r obstructs  la s  or a  rs l  aff cts comm rc or t  mo m t of a
articl  or commo it i  comm rc  or t  co uct or  rforma c  of a  f  rall  rot ct
fu ctio  or ur os s of  ctio    of it l   a f  rall  rot ct  fu ctio m a s a
fu ctio  o  ratio  or actio  carri  out u  r t  la s of t   it  tat s b  a  artm t
a  c  or i strum talit of t   it  t at s or b  a  offic r or m lo  t r of is i clu s
t  oi t ssio  of Co  r ss  r t    at a  ous cou t l ctoral Coll   ot s

i all    our affia  t submits t  r  is  robabl  caus  to b  li    t  at **SAMSEL**  iolat        C
c      ic ma   s it a crim  to obstruct  i  flu  c  or im       a  official  roc  i   or
att  m t to  o so     r   C       co   r ssio  al  roc   i   s ar  official  roc   i  s

t    art Curcio     cial     t
ral    ur  au of    sti  atio  s

tt st   to b  t  a  licati  accor  c   it t  r  uir m  ts of      Crim       b
t  l  o   t is   t   a of a  uar

2021.01.29
18:49:12 -05'00'

ZIA FARUQUI
U.S. MAGISTRATE JUDGE

**EXHIBIT 3**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
)
       v.                     )      Case No. 21-cr-00537 (JMC)
)
RYAN SAMSEL (1),          )
)
      Defendant.       )

## <u>VERDICT FORM</u>

**Count 1:** **Civil Disorder**

_____✓_____             _____
Guilty                       Not Guilty

**Count 2:** **Assaulting Officer C.E. (Inflicting Bodily Injury or Deadly/Dangerous Weapon)**

_____✓_____             _____
Guilty                       Not Guilty

If you have marked Guilty as to Count 2 above, proceed to Count 3. If not, you must consider the lesser offense:

> **Assaulting, Resisting or Impeding Officer C.E. (Physical Contact or Intent to Commit Another Felony)**

_____             _____
Guilty                       Not Guilty

**Count 3:** **Assaulting Officer D.C. (Deadly/Dangerous Weapon)**

_____       _____✓_____
Guilty                       Not Guilty

If you have marked Guilty as to Count 3 above, proceed to Count 5.  If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer D.C. (Physical Contact or Intent to Commit Another Felony)**

|               | ✓ |
|---|---|
| Guilty | Not Guilty |

**Count 5:**  **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

|               | ✓ |
|---|---|
| Guilty | Not Guilty |

If you have marked Guilty as to Count 5 above, proceed to Count 6.  If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

|               | ✓ |
|---|---|
| Guilty | Not Guilty |

**Count 6:**  **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

|               | ✓ |
|---|---|
| Guilty | Not Guilty |

If you have marked Guilty as to Count 6 above, proceed to Count 7.  If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

|               | ✓ |
|---|---|
| Guilty | Not Guilty |

2

**Count 7:**    **Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____    ✓
Guilty    _____
    Not Guilty

If you have marked Guilty as to Count IV above, proceed to the signature line.  If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____    ✓
Guilty    _____
    Not Guilty

**Count 8:**    **Disorderly Conduct in a Capitol Building or Grounds**

✓
_____    _____
Guilty    Not Guilty

**Count 9:**    **Act of Physical Violence at the Capitol Building or Grounds**

✓
_____    _____
Guilty    Not Guilty

**Count 10:**    **Obstruction of an Official Proceeding**

✓
_____    _____
Guilty    Not Guilty

**Count 11:**    **Civil Disorder**

✓
_____    _____
Guilty    Not Guilty

**Count 12:**     **Assaulting USCP Officer (Physical Contact or Intent to Commit Another Felony)**

_____✓_____                    _____
Guilty                                              Not Guilty


**Count 13:**     **Assaulting, Resisting or Impeding MPD Officer (Deadly/Dangerous Weapon)**

_____✓_____                    _____
Guilty                                              Not Guilty

If you have marked Guilty as to Count 13 above, proceed to the signature line.  If not, you must consider the lesser offense:

   Assaulting, Resisting or Impeding MPD Officer (Intent to Commit Another Felony)

_____                    _____
Guilty                                              Not Guilty

Dated this ___2nd___ day of February, 2024

JIA M. COBB
U.S. District Court Judge

**EXHIBIT 4**

```
 BRORX           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-31-2024
PAGE 001 OF                                                          08:23:45
       FUNCTION: L-P SCOPE: REG   EQ 28332-509    OUTPUT FORMAT: FULL
    ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
        PERSON: ____      ____      ____      ____      ____      ____
          TYPE: ____      ____      ____      ____      ____      ____
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002      MORE PAGES TO FOLLOW . . .
```

```
 BRORX        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-31-2024
PAGE 002 OF     *              FULL SCREEN FORMAT          *    08:23:45


REGNO: 28332-509 NAME: SAMSEL, RYAN
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K05-815L   RCV OFC: PHL
REMEDY ID: 1133903-F1    SUB1: 26AS SUB2: 26BS DATE RCV:   09-13-2022
UNT  RCV..:5 SOUTH      QTR RCV.: Z01-829UAD   FACL RCV: PHL
UNT  ORG..:5 SOUTH      QTR ORG.: Z01-829UAD   FACL ORG: PHL
EVT FACL.: PHL     ACC LEV:                        RESP DUE:
ABSTRACT.: MEDICAL CARE - DELAY/ACCESS TO IMPROPER/INADEQUATE
STATUS DT: 09-15-2022  STATUS CODE: REJ STATUS REASON: CON INF ONE
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 09-15-2022
REMARKS..: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR
             YOU MAY ONLY SUBMIT UP TO ONE LETTER-SIZE CON'T PAGE



REGNO: 28332-509 NAME: SAMSEL, RYAN
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K05-815L   RCV OFC: NER
REMEDY ID: 1151380-R1    SUB1: 20DM SUB2:      DATE RCV:   01-03-2023
UNT  RCV..:C-BLOCK      QTR RCV.: C02-221U     FACL RCV: LEW
UNT  ORG..:C-BLOCK      QTR ORG.: C02-221U     FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:                        RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 02-14-2023  STATUS CODE: REJ STATUS REASON: INS
INCRPTNO.:            RCT:   EXT:  DATE ENTD: 02-14-2023
REMARKS..:
```

```
 G0002      MORE PAGES TO FOLLOW . . .
```

```
  BRORX        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-31-2024
PAGE 003 OF 003 *                FULL SCREEN FORMAT            *      08:23:45


REGNO: 28332-509 NAME: SAMSEL, RYAN
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K05-815L  RCV OFC: BOP
REMEDY ID: 1153818-A1      SUB1: 20BM SUB2:      DATE RCV:  02-27-2023
UNT  RCV..:C-BLOCK      QTR RCV.: C02-221U    FACL RCV: LEW
UNT  ORG..:C-BLOCK      QTR ORG.: C02-221U    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                         RESP DUE:
ABSTRACT.: DHO APPEAL 12/7/22; CODE 297
STATUS DT: 03-09-2023  STATUS CODE: REJ STATUS REASON: WRL RAP
INCRPTNO.: 3703430   RCT:  EXT:  DATE ENTD: 03-09-2023
REMARKS..:




REGNO: 28332-509 NAME: SAMSEL, RYAN
RSP OF...: BRO UNT/LOC/DST: 4 DETC M/W        QTR.: K05-815L  RCV OFC: NER
REMEDY ID: 1151380-R2      SUB1: 20DM SUB2:      DATE RCV:  03-14-2023
UNT  RCV..:C-BLOCK      QTR RCV.: Z03-218UAD   FACL RCV: LEW
UNT  ORG..:C-BLOCK      QTR ORG.: C02-221U    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                         RESP DUE:
ABSTRACT.: DHO APPEAL
STATUS DT: 04-10-2023  STATUS CODE: REJ STATUS REASON: LEG OTH
INCRPTNO.:           RCT:  EXT:  DATE ENTD: 04-10-2023
REMARKS..: PAGE 3 AND 4 ARE NOT LEGIBLE.
          YOU MUST NOT WRITE IN BOX B.









          4 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```