

U.S. Department of Justice

United States Attorney
Eastern District of New York

KMA: 2024V01860

271-A Cadman Plaza East
Brooklyn, New York 11201

August 20, 2024

Ryan Samsel
Register #28332-509
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

   Re: *Samsel v. Peters, et al.*,
     Civil Action No. 24-CV-05026 (Kovner, J.)

Dear Mr. Samsel:

  Enclosed please find Federal Respondents' opposition to your motion for a preliminary injunction, petition for a writ of habeas corpus under 28 U.S.C. § 2241, and petition for a writ of mandamus, which is being filed with the Court today.

  Federal Respondents' opposition comprises the following:

- Federal Respondents' Memorandum of Law in Opposition to Petitioner's Motion for a Preliminary Injunction and to His Requests for Issuance of a Writ of Habeas Corpus and to the Issuance of a Writ of Mandamus

- Declaration of Bruce Bailor, M.D. Clinical Director, Federal Bureau of Prisons

- Declaration of Nicole T. Lewis, Legal Assistant, Federal Bureau of Prisons

- Declaration of Assistant U.S. Attorney Kathleen A. Mahoney

  Also enclosed is a copy of the following cases cited in Respondents' Memorandum of Law that is reported exclusively on computerized databases: *United States v. Samsel*, Docket No. 22-3034, 2022 WL 2903450 (D.C. Cir. July 22, 2022).

  Also enclosed is a copy of the undersigned's Notice of Appearance.

This Office cannot provide any legal advice to you. In the event you wish to consult a lawyer regarding court procedures, you may contact the Pro Se Office of the United States District Court at 718-613-2665.

    Very truly yours,

    BREON PEACE
    United States Attorney
    Attorney for Respondents

By: *Kathleen A. Mahoney*
    KATHLEEN A. MAHONEY
    Assistant U.S. Attorney
    Senior Litigation Counsel
    Assistant U.S. Attorney
    (718) 254-6026
    kathleen.mahoney@usdoj.gov

Enclosures