

U.S. Department of Justice

United States Attorney
Eastern District of New York

KMA: 2024V01860

271-A Cadman Plaza East
Brooklyn, New York 11201

November 12, 2024

Ryan Samsel
Register #28332-509
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

Re: *Samsel v. Peters, et al.*,
Civil Action No. 24-CV-05026 (Kovner, J.)

Dear Mr. Samsel:

Enclosed please find as filed copies of Respondents' reply to Petitioner's Supplement and Update of Bad Faith and Eighth Amendment Violations of Bureau of Prisons, Metropolitan Detention Center, U.S. Department of Justice. The reply comprises the following: Federal Respondents' Reply to Petitioner's Supplement and Update of Bad Faith and Eighth Amendment Violations of Bureau of Prisons, Metropolitan Detention Center, U.S. Department of Justice; and Supplemental Declaration of Assistant U.S. Attorney Kathleen A. Mahoney.

Very truly yours,

BREON PEACE
United States Attorney
Attorney for Respondents

By: *[signature]*
KATHLEEN A. MAHONEY
Assistant U.S. Attorney
Senior Litigation Counsel
Assistant U.S. Attorney
(718) 254-6026
kathleen.mahoney@usdoj.gov

Enclosures