

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KMA: 2024V01860        *271-A Cadman Plaza East*
*Brooklyn, New York 11201*

November 25, 2024

BY ECF

Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:     *Samsel v. Peters, et al.*,
                   Civil Action No. 24-CV-05026 (Kovner, J.)

Dear Judge Kovner:

      This letter is respectfully submitted to supplement Federal Respondents' Reply to Petitioner's Supplement and Update of Bad Faith and Eighth Amendment Violations of Bureau of Prisons, Metropolitan Detention Center, U.S. Department of Justice (ECF No. 20). The Federal Bureau of Prisons has advised that Petitioner's consultative examination has been rescheduled for next month. Due to security concerns, no details are being provided in this letter.

      Thank you for Your Honor's consideration of this submission.

                                                 Respectfully submitted,

                                                 BREON PEACE
                                                 United States Attorney
                                                 Attorney for Respondents

                 By:     s/*Kathleen A. Mahoney*
                          KATHLEEN A. MAHONEY
                          Assistant U.S. Attorney
                          Senior Litigation Counsel
                          Assistant U.S. Attorney
                          (718) 254-6026
                          kathleen.mahoney@usdoj.gov

cc: Ryan Samsel
Petitioner
Register #28332-509
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232