UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RYAN SAMSEL,

                Petitioner,                              JUDGMENT

       v.                                        24-CV-5026 (RPK)

COLETTE S. PETERS, Director of Federal Bureau
of Prison; METROPOLITAN DETENTION CENTER
BROOKLYN FEDERAL BUREAU OF PRISONS;
RONALD DAVIS, Director U.S. Marshalls Service;
MERRICK GARLAND, U.S. Attorney General; and
THOMAS N. FAUST, Director of Corrections,

                Respondents.
-------------------------------------------------------------- X

        An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on February 24, 2025, dismissing this action as moot, without prejudice for lack of subject-matter jurisdiction, *See ibid*; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and *denying in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that this action is dismissed as moot, without prejudice for lack of subject-matter jurisdiction, *See ibid*; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY                         Brenna B. Mahoney
        February 25, 2025               Clerk of Court

                                  By: */s/Jalitza Poveda*
                                      Deputy Clerk